AO 91 (Rev. 5//85)  Criminal Complaint

# United States District Court

FOR THE    **DISTRICT OF**    PUERTO RICO

**UNITED STATES OF AMERICA**

**CRIMINAL  COMPLAINT**

v.

$O4-414m$

**FELICITA ILARRAZA-PANTOJAS**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 2004, in the Judicial District of Puerto Rico, **FELICITA ILARRAZA-PANTOJAS,** the defendant herein, did unlawfully cause the misbranding of a drug, that is, defendant did an act while said drug was held for sale after shipment in interstate commerce and resulted in the drug being misbranded, with intent to defraud and/or mislead, in violation of Title 21, United States Code, Sections 331(k) and 333(a)(2).

I further state that I am F.D.A. Special Agent José L. Pujol, and that this complaint is based on the

Official Title

following facts:

**SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:  **X** Yes __ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 2004                  at          Hato Rey, Puerto Rico
Date                                                City and State

JUSTO ARENAS, Chief U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer