IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | CRIMINAL NO. 04-415 (1)(SEC) |
| * | |
| FELICITA ILARRAZA-PANTOJAS * | |
| * | |
| Defendant * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT OF DISCHARGE**

It appearing that defendant has been charged of the offenses of:

MISBRANDING OF DRUGS WITH INTENT TO DEFRAUD AND MISLEAD

All in violation of Title 21, United States Code, Section 331 (k) and 333 (a)(2).

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]   The Court has granted defendant's Motion for Judgment of Acquittal, pursuant to Rule 20 (a) of the Federal Rules of Criminal Procedure;

**[X]   The Court has granted defendant's Motion for Dismissal without prejudice, pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure;**

[ ]   The Court has entered a finding of Not Guilty after a Court trial and after execution by the defendant of a waiver of jury and its approval by the Court;

[ ]   The Court has entered an order dismissing the case against defendant due to defendant's death.

It is therefore **ORDERED** and **ADJUDGED** that defendant be, and is hereby

**DISCHARGED**.

In San Juan, Puerto Rico, this 26th day of August, 2005.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U. S. District Judge

Case 3:04-cr-00415-SEC   Document 32   Filed 08/26/05   Page 2 of 2